1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  ALEXANDRIA A. AMEZCUA (CA SBN 247507)
   AAmezcua@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiffs

7  BRUCE D. PRAET (SBN 119430)
   BPraet@aol.com
8  G. CRAIG SMITH (SBN 265676)
   FERGUSON, PRAET & SHERMAN
9  A Professional Corporation
   1631 East 18th Street
10 Santa Ana, California 92705
   (714) 953-5300 Telephone
11 (714) 953-1143 Facsimile

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AURORA FIGUEROA, on her own behalf, and as successor in interest to MARTIN FIGUEROA, and LIZETTE FIGUEROA, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00349 --- BAM<br><br>**STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE_** |
|---|---|

Plaintiff Aurora Figueroa, on her own behalf, and as successor in interest to Martin Figueroa, and Lizette Figueroa, on her own behalf (together, "Plaintiffs") and Defendant CITY OF FRESNO ("Defendant"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on March 4, 2015, Plaintiffs filed a complaint against Defendant (D.E. 1);

WHEREAS, on March 9, 2015, Plaintiffs served the complaint on Defendant (D.E. 4);

WHEREAS, on March 12, 2015, Defendant filed an answer to the complaint (D.E. 5);

WHEREAS, on March 13, 2015, the Courtroom Deputy issued a minute order setting a status conference regarding assignment to a Sacramento District Judge, for April 2, 2015, at 9 a.m. (D.E. 6);

WHEREAS, in light of Plaintiffs' counsel's previously-scheduled travel obligations to be out of the country the week of March 30, 2015, Plaintiffs have requested, and Defendant has consented, to reschedule the status conference to April 30, at 9 a.m.; and

WHEREAS, Plaintiffs' counsel spoke with the Courtroom Deputy on March 25, 2015, and confirmed that such time and date is available for the status conference;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel, subject to the Court's approval, that the status conference shall be rescheduled from April 2, 2015 to April 30, 2015, at 9 a.m.

Stipulation and [Proposed] Order                 2

| | | |
|---|---|---|
| Dated: | March 26, 2015 | ARTURO J. GONZÁLEZ |
| | | ALEXANDRIA A. AMEZCUA |
| | | MORRISON & FOERSTER LLP |
| | | By:  /s/Alexandria A. Amezcua |
| | | Alexandria A. Amezcua |
| | | Attorneys for Plaintiffs |
| Dated: | March 26, 2015 | BRUCE D. PRAET |
| | | FERGUSON, PRAET & SHERMAN |
| | | 1631 East 18th Street |
| | | Santa Ana, California 92705 |
| | | By:  /s/Bruce D. Praet |
| | | Bruce D. Praet |
| | | Attorneys for Defendants |

Stipulation and [Proposed] Order           3

**ECF ATTESTATION**

I, Alexandria A. Amezcua, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE**. In compliance with Local Rule 5-4.3.4, I hereby attest that Bruce D. Praet has concurred in this filing.

Dated:    March 26, 2015            ARTURO J. GONZÁLEZ
                                    ALEXANDRIA A. AMEZCUA
                                    MORRISON & FOERSTER LLP
                                    By: /s/Alexandria A. Amezcua
                                    Alexandria A. Amezcua
                                    Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Telephonic Status Conference regarding assignment to a Sacramento District Judge or Consent is continued from April 2, 2015 to **April 30, 2015 at 9:00 a.m. before Judge McAuliffe.**

Dated:  **March 27, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE