ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MOLLY A. SMOLEN (CA SBN 293328)
MSmolen@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs

BRUCE D. PRAET (CA SBN 119430)
bpraet@aol.com
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, California 92705-7101
Telephone: (714) 953-5300
Fax: (714) 953-1143

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA FIGUEROA, on her own behalf, and as successor in interest to MARTIN FIGUEROA, and LIZETTE FIGUEROA, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   1:15-cv-00349-MCE-BAM<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE**<br><br>Trial Date:  March 20, 2017 |

Pursuant to Civil Local Rule 144, Plaintiffs Aurora Figueroa and Lizette Figueroa, and Defendant City of Fresno (collectively, "the parties") by and through their respective counsel, stipulate to the following request to extend the case schedule to permit additional time to conduct discovery:

WHEREAS, pursuant to the Scheduling Order, the non-expert discovery cutoff is March 18, 2016;

WHEREAS, pursuant to the Scheduling Order, the expert disclosure cutoff is May 20, 2016;

WHEREAS, pursuant to the Scheduling Order, the last day to hear dispositive motions is September 15, 2016;

WHEREAS, two key witnesses are unavailable for deposition during the fact discovery period due to medical issues;

WHEREAS, pursuant to Civil Local Rule 144, the parties may file a stipulation requesting an order extending time to the case schedule;

WHEREAS, the parties are not seeking any modification of other deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that

Time for non-expert discovery cutoff be moved to April 18, 2016;

Time for expert disclosure cutoff be moved to June 20, 2016; and

Time for dispositive motion hearing be moved to October 13, 2016.

**IT IS SO STIPULATED.**

Dated: February 8, 2016                    MORRISON & FOERSTER LLP

By: */s/ Alexandria A. Amezcua*
    ALEXANDRIA A. AMEZCUA

Attorneys for Plaintiffs

FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 02/05/16)*
BRUCE D. PRAET

Attorneys for Defendants

## ORDER

Pursuant to the foregoing stipulation, the non-expert discovery cut-off date shall be April 18, 2016.  The expert disclosure cut-off date shall be June 20, 2016.  The hearing date for dispositive motions shall be October 13, 2016.

IT IS SO ORDERED.

**Dated:  February 10, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2