UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA FIGUEROA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | No. 1:15-cv-00349-DAD-BAM<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>(Doc. No. 32) |

On March 15, 2016, plaintiffs filed a motion seeking leave to file an amended complaint. (Doc. No. 32.)  On March 17, 2016, defendant City of Fresno filed a statement of non-opposition to that motion.  (Doc. No. 37.)  In light of the statement of non-opposition and finding good cause, the court GRANTS plaintiffs' motion.  Accordingly,

1. Plaintiffs shall file their first amended complaint within five (5) days of this order; and
2. Defendant shall respond within fourteen (14) days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated:  **March 21, 2016**

_____
UNITED STATES DISTRICT JUDGE

1