UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA FIGUEROA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00349-DAD-BAM<br><br>ORDER DENYING DEFENDANTS' REQUEST TO FILE SEALED DOCUMENTS<br>(Doc. 51) |

Currently pending before the Court is Defendants City of Fresno, Officer Alvarez, and Officer Clement's request to file their Expert Designation and Report under seal. Doc. 51. Having considered Defendants' papers, the request shall be denied. Defendants have not explained why they intend to file the Expert Designation and Report with the Court. It does not appear that Defendants presently intend to file the expert designation and report in conjunction with, or as attachments to, a dispositive or non-dispositive motion or in response to a court order. Rather, it appears that Defendants seek to file their expert designation and report made pursuant to Federal Rule of Civil Procedure 26 during the course of discovery. *See* Docs. 48, 51. Rule 26(a)(2) only requires that the disclosures be made to the other parties. Fed. R. Civ. P. 26(a)(2)(A) ("In addition to the disclosures required by Rule 26(a)(1), a party must disclose **to the other parties** the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.") (emphasis added). Expert designations and reports exchanged between the parties are not routinely filed with the Court during discovery.

Defendants also have failed to provide sufficient information warranting a sealing order. Local Rule 141 requires that the request to seal documents "set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." Local Rule 141(b). Defendants have not complied with these requirements.

For these reasons, Defendants' request to file their Expert Designation and Report under seal is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **July 29, 2016**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE