UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA FIGUEROA, et al., | No. 1:15-cv-00349-DAD-BAM |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On November 1, 2016, this court held a hearing on plaintiffs' motion to strike defendants' summary judgment motion as untimely. (Doc. No. 61.) As the court indicated in denying plaintiff's motion to strike, the initial pretrial scheduling order (Doc. No. 15) is hereby vacated. The court now sets the following dates that will govern in this case:

**Opposition to Summary Judgment Motion Due**: November 29, 2016

**Reply to Opposition Due**: December 13, 2016

**Hearing on Motion for Summary Judgment**: December 20, 2016

**Final Pretrial Conference**: March 13, 2017 at 1:30 p.m.[1]

/////

/////

---

[1] The court directs the parties to the provisions of Local Rule 281 with respect to filing dates in connection with the Final Pretrial Conference.

1

1     Jury **Trial**:                                           May 9, 2017 at 8:30 a.m.

3  IT IS SO ORDERED.

4    Dated:   **November 16, 2016**                /s/ Dale A. Drozd

                                                                     UNITED STATES DISTRICT JUDGE