| | |
|---|---|
| ARTURO J. GONZALEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>ALEXANDRIA A. AMEZCUA (CA SBN 247507)<br>AAmezcua@mofo.com<br>CHRISTOPHER J. WIENER (CA SBN 280476)<br>CWiener@mofo.com<br>SABRINA A. LARSON (CA SBN 291661)<br>SLarson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiffs | BRUCE D. PRAET (CA SBN 119430)<br>bpraet@aol.com<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705-7101<br>Telephone: (714) 953-5300<br>Fax: (714) 953-1143<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AURORA FIGUEROA, on her own behalf, and as successor in interest to MARTIN FIGUEROA, and LIZETTE FIGUEROA, on her own behalf,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF FRESNO, a municipal corporation, OFFICER ROBERT ALVAREZ, individually and in his capacity as a police officer for the CITY OF FRESNO, and OFFICER MIKAL CLEMENT individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>      Defendants. | Case No.    1:15-cv-00349-DAD-BAM<br><br>**STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY**<br><br>Trial Date: August 22, 2017 |

Pursuant to Civil Local Rule 144, Plaintiffs Aurora Figueroa and Lizette Figueroa, and Defendants City of Fresno, Mikal Clement, and Robert Alvarez (collectively, "the parties") by and through their respective counsel, stipulate to the following terms regarding expert witness disclosure and discovery in light of Defendants' desire to designate and disclose a new expert witness:

| | |
|---|---|
| 1 | WHEREAS, in its July 22, 2016 Stipulation and Order, the Court set an expert disclosure |
| 2 | deadline of July 29, 2016 (Dkt. No. 48); |
| 3 | WHEREAS, on July 29, 2016, both parties disclosed their experts and provided expert |
| 4 | reports, with Defendants' report from Romeo F. Ingreso, Jr.; |
| 5 | WHEREAS, on April 10, 2017, the parties scheduled expert depositions for May 15 and |
| 6 | May 16, 2017 at Plaintiffs' counsel's San Francisco office; |
| 7 | WHEREAS, on May 10, 2017, Defendants' counsel informed Plaintiffs' counsel that |
| 8 | Mr. Ingreso is no longer able to serve as an expert in this matter and that Defendants desire to |
| 9 | retain a new expert; |
| 10 | WHEREAS, in light of this change, the parties agreed to postpone the scheduled May 15 |
| 11 | and May 16, 2017 expert depositions; |
| 12 | WHEREAS, two of Plaintiffs' experts had already made air travel reservations; |
| 13 | WHEREAS, the parties wish to work together to come to an agreement regarding |
| 14 | Defendants' substitution of expert witness and rescheduling of expert depositions, |
| 15 | NOW THEREFORE, the parties hereby stipulate that |
| 16 | 1. Defendants shall designate and disclose a new expert, to be filed with the Court by |
| 17 | no later than June 9, 2017 (per the Court's Order Denying Plaintiffs' Request to Seal Documents |
| 18 | and Amending Pretrial Scheduling Order (Dkt. No. 55)); |
| 19 | 2. Defendants shall serve on Plaintiffs the full report of their new expert by no later |
| 20 | than June 9, 2017; |
| 21 | 3. Defendants' new expert shall not offer any opinions on issues or topics different |
| 22 | from those disclosed in the July 29, 2016 expert report of Romeo F. Ingreso—namely, |
| 23 | Defendants' new expert's opinions will be limited to those regarding (i) entry into the house, |
| 24 | (ii) use of the canine, and (iii) whether the use of force was reasonable; |
| 25 | 4. Plaintiffs reserve the right to object and/or to serve a rebuttal report should any of |
| 26 | Defendants' new expert's opinions differ from those disclosed in the July 29, 2016 expert report |
| 27 | of Romeo F. Ingreso; |
| 28 | |

5. Defendants will not provide their new expert with any of Plaintiffs' expert reports until after Defendants' new expert has served his new report;

6. The depositions for both parties' expert witnesses will be rescheduled to July 6 and July 7, 2017 at the San Francisco office of Plaintiffs' counsel and shall be held in the following order: (i) Defendants' expert, (ii) Plaintiffs' expert James L. Norris, (iii) Plaintiffs' expert D. P. Van Blaricom, and (iv) Plaintiffs' expert Ernest Burwell, unless otherwise agreed to by the parties in writing; and

7. Defendants shall reimburse Plaintiffs for reasonable cancelation costs incurred in rescheduling air travel arrangements for Plaintiffs' experts.

**IT IS SO STIPULATED.**

Dated: May 15, 2017    MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
　　ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs

FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 05/15/17)*
　　BRUCE D. PRAET

Attorneys for Defendants

IT IS SO ORDERED.

Dated: **May 16, 2017**    　　/s/ *Barbara A. McAuliffe*
　　UNITED STATES MAGISTRATE JUDGE