# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA FIGUEROA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | No. 1:15-cv-00349-DAD-BAM <br><br> ORDER GRANTING CONTINUANCE OF PRETRIAL CONFERENCE DATE |

On May 31, 2017, the parties submitted a proposed stipulation, requesting that the date of the pretrial conference be continued to July 5, 2017 at 1:30 p.m. and that the trial date in this action remain as scheduled. (Doc. No. 99.) Moreover, because pursuant to a prior stipulation and order expert depositions in this case will be conducted on July 6-7, 2017 (*see* Doc. No. 98), the parties also request they be allowed until July 12, 2017, to supplement their lists of proposed motions in limine included in their pretrial statement. (Doc. No. 99.)

Good cause appearing, the pretrial conference set for June 26, 2017 at 2:30 p.m. is hereby continued to July 5, 2017 at 1:30 p.m. before the undersigned. The jury trial remains scheduled for August 22, 2017, at 8:30 a.m. The parties may supplement the lists of proposed motions in limine provided in their pretrial statement by no later than July 12, 2017.

IT IS SO ORDERED.

Dated: **June 1, 2017**

UNITED STATES DISTRICT JUDGE

1